UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:    KRISTINA MARIE GOODEN    )
                                                                                                    )    CHAPTER 7
        DEBTOR.                                                  )    CASE NO. 21-50076

**MOTION TO QUASH GARNISHMENT**

     Comes now your applicant, **KRISTINA MARIE GOODEN**, by Counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed a petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by: **WAYNESBORO GENERAL DISTRICT COURT, 250 W WAYNE AVENUE, SUITE 100, WAYNESBORO, VA 22980,** within 90 days of the filing of the above named petition;

3. That said garnishment is in favor of: **DUPONT COMMUNITY CREDIT UNION, 140 LUCY LANE, WAYNESBORO, VA 22980.**

4. The GARNISHEE is: **WILSON MEMORIAL HIGH SCHOOL, ATTN: PAYROLL, 189 HORNETT ROAD, FISHERSVILLE, VA 22939;**

5. The creditor is attempting to garnish: **DEBTOR'S WAGES.**

     WHEREFORE, your applicant prays that said garnishment be quashed and have such other and further relief as the nature of the case may require.

Date:    February 11, 2021               Respectfully submitted,

                                                            By:  /s/ Heidi Shafer
                                                                     Counsel for Debtor

COX LAW GROUP, PLLC
900 LAKESIDE DRIVE, SUITE A
LYNCHBURG, VA 24501
(434) 845-2600                        Certificate of Service

     I certify on February 11, 2021 I have sent by postage prepaid, first class U.S. Mail this pleading to the Debtor; the Garnishee: **WILSON MEMORIAL HIGH SCHOOL, ATTN: PAYROLL, 189 HORNETT ROAD, FISHERSVILLE, VA 22939;** the Court: **WAYNESBORO GENERAL DISTRICT COURT, 250 W WAYNE AVENUE, SUITE 100, WAYNESBORO, VA 22980;** and the Creditor: **DUPONT COMMUNITY CREDIT UNION, 140 LUCY LANE, WAYNESBORO, VA 22980.**

                                                                         /s/ Heidi Shafer
                                                                         Counsel for Debtor

# GARNISHMENT SUMMONS

Commonwealth of Virginia Va. Code §§ 8.01-511, 8.01-512.3

WAYNESBORO ............................................................... General District Court
**COURT NAME**
250 S WAYNE AVE STE 100, WAYNESBORO, VA 22980 540-942-6636
**COURT ADDRESS AND TELEPHONE NUMBER**

TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

1/6/2021
**DATE OF ISSUANCE OF SUMMONS** ........... **CLERK** Dep

TO GARNISHEE: On check or written answer include return date, judgment debtor's name. MAKE CHECK PAYABLE TO CREDIT [illegible]

## WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER:
You are commanded to execute this writ and [illegible] the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, [illegible] in the Garnishment Summons. You are further commanded to make your return to the clerk's [illegible] according to law.

[ ] [illegible]  [ ] no  [ ] cannot be [illegible]

1/6/2021
**DATE OF ISSUANCE OF WRIT** ........... **CLERK** Dep

## CASE DISPOSITION

I ORDER that
[ ] the garnishee pay to the judgment creditor through the court $ .................... net of any credits.
[ ] the case be DISMISSED.
[ ] ....................

................................................................................
**DATE ENTERED**                              **JUDGE**

FORM DC-451 (FRONT) 1/07

---

**CASE NO.** V20 1900-01

**DUPONT COMMUNITY CREDIT UNION**
**JUDGMENT CREDITOR'S NAME**

140 LUCY LANE
**STREET ADDRESS**

WAYNESBORO, VA 22980
**CITY, STATE, ZIP**

540-946-3224
**TELEPHONE NUMBER**

N/A
**JUDGMENT CREDITOR'S ATTORNEY'S NAME**

N/A
**ADDRESS**

N/A
**TELEPHONE NUMBER**

KRISTINA GOODEN
**JUDGMENT DEBTOR'S NAME (SERVE)**

73 BEVERLEY ST
**STREET ADDRESS**

VERONA, VA 24482
**CITY, STATE, ZIP**

                540-560-0432
**SOCIAL SECURITY NUMBER   TELEPHONE NUMBER**

WILSON MEMORIAL HIGH SCHOOL
**GARNISHEE'S NAME**

189 HORNET RD
**STREET ADDRESS**

FISHERSVILLE, VA [illegible]
**CITY, STATE, ZIP**

December 3, 2020           540-886-4286
**DATE OF JUDGMENT         TELEPHONE NUMBER**

**STATEMENT**

| Amount | Description |
|---|---|
| $15,611.92 | Judgment Principal |
| $0.00 | Credits |
| $496.27 | Interest |
| $55.00 | Judgment Costs |
| $10.00 | Attorney's Fees |
| $72.00 | Garnishment Costs |

**$16,245.19  TOTAL BALANCE DUE**
The garnishee shall rely on this amount.

---

**HEARING DATE & TIME**

3/4/2021

## GARNISHMENT SUMMONS

This is a garnishment against (check only one)
[x] the judgment debtor's wages, salary or other compensation.
[ ] some other debt due or property of the judgment debtor, specifically, .......

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

[ ] Support
[ ] 50%    [ ] 55%
[ ] 60%    [ ] 65%
(if not specified, then 50%)

[ ] state taxes, 100%

If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of this GARNISHMENT SUMMONS).

$...................
received by

................................................................
**JUDGMENT CREDITOR**
[ ] Judgment debtor present

................................................................
**DATE**